GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNA KANG, CSBN 251756
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Joanna.kang@ssa.gov

Attorneys for Defendant,
    Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| KATHY KIM,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. SACV 09-735 RZ<br><br>[~~PROPOSED~~]<br>**JUDGMENT OF REMAND** |

    The Court ~~having~~ approved~~s~~ the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand; Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g), fourth sentence, for further proceedings consistent with the Stipulation of Remand.


DATED: _January 4, 2010_

UNITED STATES MAGISTRATE JUDGE